# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
               v.                             )   1: 10CR347 LJO
                                        )
DAVID SPIVEY                )

FILED DEC 2 0 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**X**) Ad Prosequendum                                     ( ) Ad Testificandum.
Name of Detainee:      David Spivey
Detained at (custodian):   Santa Rita County Jail

Detainee is:   a.)   (**X**) charged in this district by:
                      (**X**) Indictment          ( ) Information          ( ) Complaint
                      Charging Detainee With:   **18 U.S.C. §§ 371, 1343 & 1028**
  or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   (**X**) return to the custody of detaining facility upon termination of proceedings
        or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Mark J. McKeon
Printed Name & Phone No: Mark J. McKeon/ 559-497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(**X**) Ad Prosequendum                     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

12-20-2010
Date                                              Sheila K. Oberto
                                                United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X   Female | |
| Booking or CDC #: | PFN: AUM457 | DOB: | |
| | Currently no release date but he has a sentencing | Race: | |
| | set fpr 12-23-10. **Please rush detainer** | FBI #: | |
| Facility Phone: | 925/551-6500 | | |
| Currently Incarcerated For: | | | |

## RETURN OF SERVICE

Executed on _____ by _____
                                                                  (Signature)