BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
STANLEY A. BOONE
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
        United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-00347-LJO |
| | ) | |
| Plaintiff, | ) | ORDER FOR FORFEITURE |
| | ) | MONEY JUDGMENT |
| v. | ) | |
| | ) | |
| DAVID BOYD SPIVEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

        Based upon the United States' Application for Forfeiture Money

Judgment and the plea agreement entered into between plaintiff

United States of America and defendant David Boyd Spivey,

        IT IS HEREBY ORDERED that

        1.   The defendant David Boyd Spivey shall forfeit to the

United States the sum of $61,168.00 and that the Court imposes a

personal forfeiture money judgment against defendant in that amount.

        2.   Any funds applied towards such judgment shall be forfeited

to the United States of America and disposed of as provided for by

law.  Prior to the imposition of sentence, any funds delivered to

the United States to satisfy the personal money judgment shall be

seized and held by the United States Secret Service, in its secure

custody and control.

    3.   This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

    4.   The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $61,168.00 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

**Dated:   July 28, 2011**          _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES DISTRICT JUDGE