1   ROGER K. LITMAN, 57634
    Attorney at Law
2   7726 N. First Street, #352
    Fresno, California  93720
3
    Telephone:  (559) 237-6000
4
    Attorney for Defendant, DAVID SPIVEY
5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                   EASTERN DISTRICT OF CALIFORNIA

8
    UNITED STATES OF AMERICA,        )   CASE NO.  1:10-cr-00347 LJO/SKO
9                                    )
            Plaintiff,               )
10                                   )   **STIPULATION AND**
    vs.                              )   **ORDER TO CONTINUE**
11                                   )   **STATUS CONFERENCE**
    DAVID SPIVEY,                    )
12                                   )
            Defendant.               )
13  _____ )

14          The parties hereto, by and through their respective attorneys, stipulate and agree that the

15  status hearing in this matter, currently calendared for November 4, 2015 at 1:30 p.m., be

16  continued to November 5, 2015 at 1:30 p.m., before the Hon. Sheila K. Oberto.

17          This continuance is necessitated as defense counsel will be traveling out of Fresno County

18  for a trip that was unforeseen at the time the case was set for November 4, 2015.

19          The parties also agree that any delay resulting from this continuance shall be excluded in

20  the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

21

22  DATED:  October 30, 2015          /s/ Mark McKeon
                                      MARK MCKEON
23                                    Assistant United States Attorney
                                      This was agreed to by Mr. McKeon
24                                    via email on October 29, 2015

25

26  DATED:  October 30, 2015          /s/ Roger K. Litman
                                      ROGER K. LITMAN
27                                    Attorney for Defendant
                                      DAVID SPIVEY

28
                                      1

1

**ORDER**

2

IT IS SO ORDERED.

3

4

Dated:   __November 2, 2015__                    _____ /s/ **Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28